AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the

District of New Jersey

United States of America
v.
Patrick Schmilz,
a/k/a "William Gibson,"
a/k/a "PapaLegba"

_____
Defendant

Case No.   24-  234

### ARREST WARRANT

**RECEIVED**

MAY 2 8 2026

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

I hereby attest and certify on 7/30/24
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
DEPUTY CLERK

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to w arrested)*    Patrick Schmilz _____

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Continuing criminal enterprise, in violation of 21 U.S.C. § 848; Drug conspiracy, in violation of 21 U.S.C. § 846; Conspiracy to import narcotics drugs into the United States, in violation of 21 U.S.C. § 963; Dispensing of controlled substances by means of the Internet, in violation of 21 U.S.C. § 841(h)(1)(B); Use of a communication facility in furtherance of a violation of Title 21, in violation of 21 U.S.C. § 843(b); Conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029 (b); Conspiracy to traffic in stolen identification documents, in violation of 18 U.S.C. § 1028(f); Conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(h)

Date:    04/03/2024

_____
*Issuing officer's signature*

City and state:    Newark, New Jersey _____

Hon. James B. Clark, III, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/22/26 , and the person was arrested on *(date)* 4/29/26
at *(city and state)* Newark, NJ _____ .

Date:  4/29/26

_____
*Arresting officer's signature*

Michael Ferraro    DUSM
*Printed name and title*

**SBU -LAW ENFORCEMENT**