

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*          *973-645-2700*
*Newark, New Jersey 07102*

June 10, 2026

<u>**Via ECF**</u>
Honorable Renée M. Bumb
United States Chief District Judge
United States District Court
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

      Re:    *United States v. Patrick Schmitz*, Crim. No. 24-234

Dear Chief Judge Bumb:

    Enclosed please find a proposed Scheduling Order in response to Your Honor's May 19, 2026, Order. *D.E. 11*.

    If the order meets with Your Honor's approval, please execute the order and enter it.

        Respectfully submitted,

        ROBERT FRAZER
        United States Attorney

_____

        By: Andrew Kogan
        Assistant United States Attorney

(Encl.)

cc:    Alexei Schacht, Esq. (via ECF)