UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. |
| v. | SCHEDULING ORDER |
| PATRICK SCHMITZ a/k/a "William Gibson" a/k/a "PapaLegba" | |

This matter having come before the Court for a scheduling order; and the United States being represented by Robert Frazer, United States Attorney for the District of New Jersey (by Andrew Kogan, Assistant U.S. Attorney, appearing); and the Defendant being represented by Alexei Schacht, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the Court having previous found that this case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the amount of the electronic evidence involved such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days (see D.E. 11); and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this ___ day of June, 2026, ORDERED that:

1. The Government shall provide any oral, written or recorded statement of the Defendant on or before July 30, 2026.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July 30, 2026. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The parties shall begin to produce discovery required by Federal Rule of Criminal Procedure 16(a)(1) and 16(b)(1) on a rolling basis on or before July 30, 2026. The parties are expected to take substantial steps concerning discovery by September 30, 2026.

4. The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before September 30, 2026.

5. A status conference shall be held on October ___, at _____ a.m./p.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status

conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_____
Honorable Reneé Marie Bumb
United States District Judge

Consented to as to form and entry:

_____
ANDREW KOGAN
Assistant U.S. Attorney

_____
ALEXEI SCHACHT
Counsel for defendant